UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
:
Y.S., *individually and on behalf of S.F., a child with a* : 
*disability*, :
: 23 Civ. 7317 (JPC)
: 
Plaintiff, :
: ORDER
:
-v- :
:
NEW YORK CITY DEPARTMENT OF EDUCATION, :
:
Defendant. :
:
------------------------------------------------------------------------ X

JOHN P. CRONAN, United States District Judge:

      The Clerk of Court is respectfully directed to lift the stay of this case, enter final judgment in accordance with the Court's Opinion and Order dated September 30, 2024, Dkt. 29, and the State Review Officer's decision on remand, *see* Dkt. 33-1, and close this case.

      SO ORDERED.

Dated: November 21, 2024
       New York, New York

                                        JOHN P. CRONAN
                                        United States District Judge