UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------- X
:
Y.S., *individually and on behalf of S.F., a child with a* :
*disability*, :
:  23 Civ. 7317 (JPC)
Plaintiff, :
:  ORDER
-v- :
:
NEW YORK CITY DEPARTMENT OF EDUCATION, :
:
Defendant. :
:
----------------------------------------------------------------------- X

JOHN P. CRONAN, United States District Judge:

By November 20, 2025, the parties shall file a joint letter with the Court with their views as to the next steps in this case.

SO ORDERED.

Dated: November 6, 2025
New York, New York

JOHN P. CRONAN
United States District Judge