UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- X

                                       :

Y.S., *individually and on behalf of S.F., a child with a*   :
*disability*,                                        :

                                       :         23 Civ. 7317 (JPC)

                     Plaintiff,        :

                                       :          ORDER

        -v-                             :

                                       :

NEW YORK CITY DEPARTMENT OF EDUCATION,   :

                                       :

                 Defendant.     :

                                       :

-------------------------------------------------------------------- X

JOHN P. CRONAN, United States District Judge:

On October 14, 2025, the Second Circuit affirmed this Court's judgment in part and vacated it in part, remanding the case so this Court "may issue a ruling as to Y.S.'s request for an extension of the timeline to use the awarded compensatory hours and may remand to the [State Review Officer] for further proceedings." *Y.S. v. N.Y.C. Dep't of Educ.*, No. 24-3073, 2025 WL 2910307, at *5 (2d Cir. Oct. 14, 2025) (summary order); *see also id.* at *4 (concluding that the "district court should remand" to the State Review Officer to analyze whether the "delay in transmitting the February 2020 Decision denied [the student] a [free appropriate public education] by rendering the October 2020 [individual education program] inadequate with respect to academic and [bilingual speech-language therapy] services"). This Court then ordered the parties to file a joint letter "with their views as to the next steps in this case." Dkt. 39.

In response, "the parties ask that the Court determine whether Y.S. abandoned her request for an extension of the timeline to use the awarded compensatory hours, and, if not, whether it should be granted." Dkt. 44. To that end, by January 30, 2026, the parties shall file simultaneous letter briefs of no more than ten pages explaining their views on abandonment and whether the underlying request should be granted.

The parties also ask this Court to "remand to the State Review Officer the issue of whether the delayed Independent Expert Evaluations impacted the October 2020 Individualized Education Program and whether the student was denied a free and appropriate public education with respect to academic and [bilingual speech-language therapy] services."  *Id.*  The Court agrees, and accordingly remands to the State Review Officer to "conduct this analysis."  *Y.S.*, 2025 WL 2910307, at *4.  The Court "encourages" the State Review Officer to conduct this analysis expeditiously, and "upon issuance of a supplemented order by the [State Review Officer]," the parties shall "forthwith file such order on the docket of this case."  *Moonsammy v. Banks*, No. 23 Civ. 10491 (PAE), 2024 WL 4277521, at *17 (S.D.N.Y. Sept. 23, 2024).

        SO ORDERED.

Dated: January 15, 2026
      New York, New York

                    JOHN P. CRONAN
               United States District Judge